

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1 AM 11: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

|  |  |
|---|---|
| JULIO NAVARRETE-CRUZ, SERGIO DE LEON, and ADRIAN SALAZAR,<br><br>on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>LVI ENVIRONMENTAL SERVICES OF NEW ORLEANS, INC., and D&L ENVIRONMENTAL INC.,<br><br>         Defendants. | Case No. **06-0489**<br><br>**SECT K MAG 4**<br><br><u>**COMPLAINT- COLLECTIVE ACTION**</u> |

**PRELIMINARY STATEMENT**

    1.1    This is an action brought by individuals who have worked and/or are working in the reconstruction of New Orleans, Louisiana. Plaintiffs seek redress on behalf of themselves and

Fee 250
✓ Process
X Dktd
__ CtRmDep
__ Doc. No.

others similarly situated for Defendants' violation of their rights under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. ("FLSA").

1.2    Plaintiffs bring this action on behalf of a class of hundreds of workers, predominantly immigrants, who restored public elementary and high school buildings for Defendants as part of the reconstruction of the New Orleans area in the aftermath of hurricane Katrina.  For many weeks, Plaintiffs and other class members removed mold, mud, and debris and prepared city schools for reopening.  They often worked seven days a week, twelve hours or more a day, in these contaminated environments to earn money to better support themselves and/or their families.  Almost all of the Plaintiffs and other class members are individuals with limited English proficiency. Defendants exploited Plaintiffs' and other class members' indigence, inability to speak or understand English, and their lack of understanding of the laws of the United States regarding payment of wages, grossly underpaying them.

1.3 Defendant LVI Environmental Services of New Orleans, Inc. (hereinafter "LVI") had contracts to perform reconstruction and clean-up in New Orleans.  In order to provide the manual labor needed to fulfill these contracts, LVI hired subcontractors, including D & L Environmental, Inc. (hereinafter

"D & L"), to provide workers.  Defendant LVI used this subcontractor system to evade responsibility to pay minimum wage and overtime wages as required by the Fair Labor Standards Act.

1.4  Plaintiffs seek unpaid wages, an award of money damages, and declaratory relief to make them whole for damages they suffered due to the Defendants' violations of the FLSA.

## JURISDICTION

2.1  The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1337.

2.2  The federal claims in this action are authorized and instituted pursuant to 29 U.S.C. § 216(b).

2.3  This Court is empowered to issue a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202.

2.4  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

3.1 Plaintiffs are migrant workers who resided and worked in New Orleans, Louisiana during the time relevant to this action.

3.2 Defendant LVI Environmental Services of New Orleans, Inc., is a corporation incorporated in the state of Louisiana.

3.3  Defendant D & L, Inc., is a corporation incorporated in the state of Florida.

3.4  During the time period relevant to this lawsuit, Defendants were engaged in reconstruction work in New Orleans and had significant contacts with the state of Louisiana and this District such that jurisdiction and venue are proper in this court.

### Fact Statement

4.1  At all times relevant to this action, Defendants jointly employed Plaintiffs and other class members within the meaning of 29 U.S.C. § 203(g).

4.2  At all times relevant to this action, Plaintiffs and other class members were employed by the Defendants in an enterprise engaged in commerce or the production of goods for commerce.

4.3  At all times relevant to this action, Plaintiffs and other class members were employees of Defendants within the meaning of 29 U.S.C. § 203(e)(1).

4.4  At all times relevant to this action, Defendants were employers of Plaintiffs and the other class members within the meaning of 29 U.S.C. § 203(d).

4.5  Plaintiffs and other class members worked in public elementary and high schools.

4.6  Plaintiffs and other class members have limited English proficiency.

4.7  Plaintiffs and other class members regularly worked over 40 hours a week.

4.8  Defendants did not timely pay Plaintiffs and other class members at least the minimum wage for all hours worked in each workweek.

4.5  Defendants did not timely pay Plaintiffs overtime wages for all hours worked in excess of 40 hours in each workweek.

4.9  Defendants did not pay Plaintiffs and other class members on regular paydays as required by the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

5.1  All claims set forth in Count I are brought by Plaintiffs on behalf of themselves and all other similarly situated persons pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act.

5.2  The named Plaintiffs seek to represent a class consisting of all those individuals to whom Defendants failed to pay minimum wage and overtime when due as required by law and who were employed by Defendants in post-Katrina reconstruction and restoration work in the Gulf Coast region from August 29, 2005 until the date of filing of the present action.

5.3  The precise number of individuals in the class is known only to Defendants.  The class is believed to include over

700 individuals.

5.4  The questions of fact are common to the class, including whether Defendants failed to pay named Plaintiffs and other class members minimum wage and overtime wages promptly when due, as required by law.

5.5  The claims of the named Plaintiffs are typical of the class, and these typical, common claims predominate over any questions affecting only individual class members.  The named Plaintiffs have the same interests as do the other members of the class and will vigorously prosecute these interests on behalf of the class.

## COUNT I

### (FAIR LABOR STANDARDS ACT)

### (COLLECTIVE ACTION)

6.1  This count sets forth a claim for declaratory relief and damages by Plaintiffs and other current or former workers employed by Defendants who are similarly situated, for Defendants' violations of the minimum wage and overtime provisions of the Fair Labor Standards Act ("FLSA"). The Fair Labor Standards Act provides that employees may bring collective actions on behalf of themselves and other employees similarly situated.

6.2  Plaintiffs re-allege and incorporate by reference

the allegations set forth above.

6.3  Pursuant to 29 U.S.C. § 216(b), Plaintiffs Julio Navarrete-Cruz, Sergio De Leon, and Adrian Salazar have consented in writing to be party plaintiffs in this FLSA action. Their written consents are attached to this complaint.

6.4  Defendants violated 29 U.S.C. § 206(a) by failing to timely pay each Plaintiff and others similarly situated the applicable minimum wage for every compensable hour of labor they performed.

6.5  Defendants violated 29 U.S.C. § 207(a) by failing to timely pay Plaintiffs and others similarly situated at an hourly rate equal to one and a half times the regular hourly rate at which they were employed for all compensable time they were employed in excess of forty hours in each workweek.

6.6  Defendants' failure to pay Plaintiffs and others similarly situated the federally mandated minimum wage and overtime wage rate for all time they were employed in excess of forty (40) hours in each workweek was a willful violation of the FLSA.

6.7  As a consequence of Defendants' violation of the FLSA, Plaintiffs and others similarly situated are entitled to recover their unpaid minimum and overtime wages, plus an additional equal amount in liquidated damages, pursuant to 29

U.S.C. § 216(b).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court will enter an order:

1. With respect to the claims set forth in Count I, permitting this case to proceed as a collective action, ordering Defendants to disclose the names and addresses of all those individuals who are similarly situated in a computer readable format, and permitting Plaintiffs to send notice of this action to all those similarly situated individuals.

2. Declaring that Defendants willfully violated the minimum wage and overtime provisions of the Fair Labor Standards Act, as set forth in Count I;

3. Granting judgment in favor of Plaintiffs and all others similarly situated and against Defendants on their claims under the Fair Labor Standards Act as set forth in Count I and awarding each of these Plaintiffs and all other similarly situated individuals who opt-in to this action his unpaid overtime wages and an equal amount in liquidated damages;

4. Awarding Plaintiffs the costs of this action;

5. Awarding Plaintiffs reasonable attorney's fees;

6. Granting such further relief as this Court deems

just and equitable.

Respectfully submitted this 1 day of February, 2006

*[signature]*
Jennifer J. Rosenbaum
Tennessee B.P.R. No. 022557
*Pro Hac Vice* Motion Pending
Mary Bauer
Virginia Bar Number 31388
*Pro Hac Vice* Motion Pending

**Immigrant Justice Project**
**Southern Poverty Law Center**
400 Washington Avenue
Montgomery, Alabama  36104
334-956-8200
334-956-8481 (fax)

*[signature]*
Hector Linares
Juvenile Justice Project of Louisiana
1600 Oretha Castle Haley Blvd.
New Orleans, LA 70113
(504) 522-5437
(504) 522-5430 (fax)

Attorneys for Plaintiffs

## FLSA CONSENT FORM / CONSENTIMIENTO PARA ACCION FLSA

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize my attorneys to represent me before any court or agency on these claims.

_Julio Navarrete Cruz_
NAME
_Julio Navarrete Cruz_
SIGNATURE
_1-18-06_
DATE

------------------------------------------------------------

Por este medio doy mi consentimiento para que se haga demanda para pagos que se me deben bajo la Ley de Normas Laborales Justas. Autorizo que mis abogados me representen ante cualquier corte o agencia tocante estos reclamos.

_Julio Navarrete Cruz_
NOMBRE
_Julio Navarrete Cruz_
FIRMA
_1-18-06_
FECHA

## FLSA CONSENT FORM / CONSENTIMIENTO PARA ACCION FLSA

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize my attorneys to represent me before any court or agency on these claims.

_____
NAME

_____
SIGNATURE

_____
DATE

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Por este medio doy mi consentimiento para que se haga demanda para pagos que se me deben bajo la Ley de Normas Laborales Justas. Autorizo que mis abogados me representen ante cualquier corte o agencia tocante estos reclamos.



SERGIO DE LEON
NOMBRE

[signature]
FIRMA

12-12-05
FECHA

## FLSA CONSENT FORM / CONSENTIMIENTO PARA ACCION FLSA

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize my attorneys to represent me before any court or agency on these claims.

_____
NAME

_____
SIGNATURE

_____
DATE

..............................................................................

Por este medio doy mi consentimiento para que se haga demanda para pagos que se me deben bajo la Ley de Normas Laborales Justas. Autorizo que mis abogados me representen ante cualquier corte o agencia tocante estos reclamos.

_Adrian Salazar_
NOMBRE

_Adrian Salazar_
FIRMA

01-20-06
FECHA

JS 44 (Rev. 11/04) **CIVIL COVER SHEET** 06-0489

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Julio Navarrete-Cruz, et al.

### DEFENDANTS
LVI Environmental Services of New Orleans, Inc., et al.

(b) County of Residence of First Listed Plaintiff: **Florida**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jennifer Rosenbaum, Southern Poverty Law Center
400 Washington Avenue, Montgomery, Alabama 36104; 334-956-8200

Attorneys (If Known)

**SECT K MAG 4**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | x 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- x 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. section 201 et seq.
Brief description of cause:
This is a collective action wage claim brought by workers under the Fair Labor Standards Act

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 1/31/06
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jennifer Rosenbaum

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____