UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JULIO NAVARRETE-CRUZ, SERGIO DE LEON, and ADRIAN SALAZAR, | ) ) ) | |
| on behalf of themselves and all others similarly situated, | ) ) | Case No. 06-0489 |
| Plaintiffs, | ) ) | SECT K MAG 4 |
| v. | ) | |
| LVI ENVIRONMENTAL SERVICES OF NEW ORLEANS, INC., D&L ENVIRONMENTAL INC., and AMS STAFF LEASING, INC., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated and agreed between Plaintiffs JULIO NAVARRETE-CRUZ, SERGIO DE LEON, AND ADRIAN SALAZAR (collectively "Plaintiffs") and Defendants LVI ENVIRONMENTAL SERVICES OF NEW ORLEANS, INC., D&L ENVIRONMENTAL INC., and AMS STAFF LEASING, INC. (collectively "Defendants") as follows:

Representative and Opt-in Plaintiffs voluntarily dismiss the Complaint and all claims against Defendants with prejudice, pursuant to the Confidential Settlement Agreement and General Release ("the Agreement") entered into between the parties. The parties represent that this Agreement reflects a reasonable compromise of a bona fide dispute over FLSA provisions, and was negotiated at "arms length" and with the advice of counsel.

A proposed order is attached for the convenience of the Court.

- 2 -

| | |
|---|---|
| /s/ Jennifer Rosenbaum<br>Jennifer Rosenbaum, Esq.<br>Attorney for Plaintiffs<br>Immigrant Justice Project<br>Southern Poverty Law Center<br>400 Washington Avenue<br>Montgomery, Alabama 36104<br>Phone: 334.956.8200<br>Fax: 334.956.8481<br><br>Dated: 5/2/07 | /s/ Anne Marie Estevez<br>Anne Marie Estevez<br>MORGAN, LEWIS & BOCKIUS LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131-2339<br>Telephone:   305.415.3330<br>Facsimile:    877.432.9652 (toll free)<br><br>Dated: 5/2/07 |
| /s/ Barry Gerharz<br>Barry Gerharz<br>Attorneys for Plaintiffs<br>Juvenile Justice Project of La.<br>1600 Oretha Castle Haley Blvd.<br>New Orleans, LA 70113<br>Telephone: (504) 522-5437<br>Facsimile: (504) 522-5430<br><br>Dated: 5/2/07 | -and-<br><br>/s/ Robert K. McCalla<br>Robert K. McCalla<br>Fisher & Phillips LLP<br>201 St. Charles Avenue, Suite 3710<br>New Orleans, Louisiana 70170<br>Telephone:   504.522.3303<br>Facsimile:    504.529.3850<br><br>Dated: 5/2/07 |
| /s/ David M. Korn<br>David M. Korn, Esq.<br>Attorneys for D&L Environmental Inc. of New Orleans<br>Phelps Dunbar, LLP<br>365 Canal Street<br>Suite 2000<br>New Orleans, LA 70130-6534<br><br>Dated: 5/2/07 | Attorneys for Defendant<br>LVI Environmental Services of New Orleans, Inc. |
| /s/ Steve Dennis<br>Steve Dennis, Esq.<br>William E. Reid, Esq.<br>Attorneys for AMS Staff Leasing, Inc.<br>Reid & Dennis, PC<br>Providence Tower , Suite 255W<br>5001 Spring Valley Road<br>Dallas, TX 75244<br>Metairie, LA 70009<br><br>Dated: 5/2/07 | |